```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                             :              DOC #:
MARIA SALAZAR,                               :              DATE FILED: 12/6/2019
                              Plaintiff,     :
                                             :              19 Civ. 4878 (LGS)
            -against-                        :
                                             :                  ORDER
DRBX HOLDINGS, LLC, et al.,                  :
                                             :
                              Defendants.    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Civil Case Management Plan and Scheduling Order provides that the parties shall file a status letter on December 4, 2019. Dkt No. 33 at 13(b);

WHEREAS, no status letter has been filed. It is hereby

**ORDERED** that, by **December 11, 2019,** Plaintiff shall file a status letter.

Dated: December 6, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**