USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

*The Law Offices of*
*Arnold E. DiJoseph, P.C.*
*50 Broadway*
*Suite 1000*
*New York, New York 10004*
*212.344.7858*
*fax 212.344.7878*
*www.adjlaw.com*

January 9, 2020

**APPLICATION DENIED.**

The parties failed to timely file pre-motion letters in accordance with the Court's Amended Case Management Plan and Scheduling Order (*see* Dkt No. 33) and as provided in the Court's Individual Rule III.A.1. Accordingly, the matter will be placed on the Court's trial-ready calendar in an accompanying Order.

The Honorable Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, New York. 10007

Re: **Maria Salazar v. DRBX Holdings, LLC. and SFC Cedar, LLC.**
    Docket No.    :    1:19-cv-04878/LGS
    Our File No.    :    00-3194

Dated: January 10, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

This office represents the Plaintiff in the above captioned action.

Please be advised that a Pre-Motion Conference is scheduled for Tuesday, January 21, 2020 at 10:30 a.m.

Were hereby request an adjournment of said conference, on consent of all parties. I was recently notified that I have to argue an appeal in the Appellate Division, Second Department in the case of <u>Stenson v. Genting New York</u>, Docket No. 2018-05759 on the same day as the conference scheduled in the above matter.

This is the first request for an adjournment of the Pre-Motion Conference.

The parties have discussed mutually convenient dates for the Pre-Motion Conference as follows: February 18, 2020, February 21, 2020 and February 28, 2020.

Please advise if the Court consents to this adjournment and if the above dates are convenient for the Court.

---

*Staten Island Office - 108 Main Street, Staten Island, New York 10307 - 718.984.8902 - fax 718.984.8982*

Thank you for your courtesy in the matter.

                          Respectfully submitted,

                          ARNOLD E. DIJOSEPH

ADJ/mgn
cc:
Gerald Gunning, Esq.
Lester, Schwab, Katz & Dwyer, LLP
100 Wall Street, 27th Floor
New York, New York 10005

James Resila, Esq.
Carter Conboy, Case, Blackmore,
Maloney & Laird, PC
20 Corporate Woods Boulevard
Suite 500
Albany, New York 12211

*Arnold E. DiJoseph, P.C.*