UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA SALAZAR,<br><br>      Plaintiff,<br><br>-against-<br><br>DRBX HOLDINGS, LLC and SCF CEDAR, LLC and TITANIUM INVESTIGATIVE SERVICES, INC.,<br><br>      Defendant. | 1:19-cv-04878-MKV<br><br>ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/20/2020 |

MARY KAY VYSKOCIL, United States District Judge:

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that that the parties shall attend a Status Conference on **April 7, 2020 at 12:00PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Currently scheduled deadlines [ECF 38] are adjourned sine die. Counsel are further directed to submit a joint status letter not to exceed six pages to the Court via ECF no later than **4:00PM on March 31, 2020.** Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline or conference.

FURTHERMORE, this Court is undertaking its responsibility "to inquire as to subject matter jurisdiction and satisfy itself that such jurisdiction exists." *Da Silva v. Kinsho Int'l Corp.*, 229 F.3d 358, 361-62 (2d Cir. 2000). Neither Defendants' Notice of Removal [ECF 1] nor Plaintiff's Amended Complaint [ECF 17] contains any statement alleging the citizenship of the members of Defendants DRBX Holdings, LLC or SCF Cedar, LLC. Therefore, it is

ORDERED that on or before **March 24, 2020** Defendants DRBX Holdings, LLC and SCF Cedar, LLC are each to file an affidavit attesting to the state or states of citizenship of each

of its members.  If the Court determines that it does not have subject matter jurisdiction on the basis of these affidavits, it will remand the action to the Supreme Court of the State of New York, Bronx County.  *See* Fed. R. Civ. P. 12(h)(3).

**SO ORDERED.**

**Date:   February 20, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**