# LESTER SCHWAB KATZ & DWYER, LLP

100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**GERALD J. GUNNING**
Writer's Direct Dial: (212) 341-4446
E-Mail: ggunning@lskdnylaw.com

**NEW JERSEY OFFICE**
61 S. Paramus Road
Suite 250
PARAMUS, NJ 07652
(973) 912-9501

March 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020
```

**Via E-File**
The Honorable Mary Kay Vyskocil
Southern District of New York
500 Pearl Street
New York, New York. 10007

Re: **Maria Salazar v. DRBX Holdings, LLC. SFC Cedar, LLC. and Titanium Investigative Services**
   Docket No.      : 1:19-cv-04878/LGS
   Our File No.    : 553-0037
   Plaintiff File No. : 00-3194

Dear Judge Vyskocil:

We represent defendants DRBX Holdings LLC and SFC Cedar LLC in regard to the above matter. Pursuant to your most recent order, we were directed to file affidavits by our clients attesting to the state of citizenship of each of their members. Due to the closing of my office, I have had some difficulty in consulting with my clients. I do enclose the affidavit of Carlos Gomez, owner and sole member of DRBX. I have attempted to contact John Magon who on information and belief is the owner and only member of Cedar and a New York resident, but have been unable to.

Please accept this as a request for an enlargement of our time to file the affidavit in question.

Respectfully submitted,

*Gerald J. Gunning*

GERALD J. GUNNING

GJG:mm
4848-7494-2392
cc:
**Via E-File**
Arnold E. DiJoseph, III, Esq.
ARNOLD E. DiJOSEPH, P.C.
50 Broadway - Suite 1000
New York, New York 10004
Attorneys for Plaintiff

---

It is hereby ORDERED that Defendant SFC Cedar LLC's request for an extension of time is GRANTED. It is further ORDERED that Defendant DRBX Holdings LLC must re-submit a properly notarized affidavit attesting to the citizenship of its partners. Both Defendants should submit their properly notarized affidavits no later than April 30, 2020. SO OREDERED.

Date: 3/31/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

T: (212) 344-7000

**Via E-File**
Brian D. Carr, Esq.
MONACO, COOPER, LAMME & CARR, PLLC
1881 Western Avenue - Suite 2000
Albany, New York  12203
Attorneys for Defendant
TITANIUM INVESTIGATIONS, INC.
T: (518) 675-4471
E-Mail: bcarr@mcclclaw.com

LSK&D #: 553-0037 / 4831-9321-4135

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARIA SALAZAR,

                         Plaintiff,

-against-

DRBX HOLDINGS, LLC, SFC CEDAR, LLC
AND TITANIUM INVESTIGATIVE SERVICES,
INC.

                        Defendants.
-----------------------------------------------------------------x

Docket No.: 1:19-cv-04878 (LGS)

**AFFIDAVIT OF CARLOS GOMEZ**

Republica Dominicana         ss.:

Carlos Gomez, being duly sworn, deposes and says:

1. That I am the owner and only partner of defendant DRBX HOLDINGS LLC., which is a New York business entity.

2. That I reside in the Dominican Republic

                                                  _____
                                                  CARLOS GOMEZ

LSK&D #: 553-0037 / 4831-9321-4135

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIA SALAZAR,

                        Plaintiff,

-against-

DRBX HOLDINGS, LLC, SFC CEDAR, LLC
AND TITANIUM INVESTIGATIVE SERVICES,
INC.

                        Defendants.
-----------------------------------------------------------x

Docket No.: 1:19-cv-04878 (LGS)

**AFFIDAVIT OF CARLOS GOMEZ**

Republica Dominicana        ss.:

Carlos Gomez, being duly sworn, deposes and says:

1. That I am the owner and only partner of defendant DRBX HOLDINGS LLC., which is a New York business entity.

2. That I reside in the Dominican Republic

_____
CARLOS GOMEZ