USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA SALAZAR,

        Plaintiff,

-against-

DRBX HOLDINGS, LLC; SFC CEDAR, LLC; and TITANIUM INVESTIGATIVE SERVICES, INC.,

        Defendants.

1:19-cv-4878-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. In a Standing Order dated March 13, 2020, the Chief Judge of this Court advised judges to conduct court proceedings by telephone where practicable and to exercise discretion whether to hold or adjourn hearings and conferences [M10-468, 20MISC00154]. Accordingly:

       It is hereby ORDERED that the status conference scheduled to take place in this matter on April 7, 2020 shall be adjourned to **May 12, 2020 at 12:30PM** and will be held by telephone. All Parties are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

       Nothing in this order changes the requirement that Defendants DRBX Holdings and SFC Cedar submit affidavits of citizenship by April 30, 2020 [ECF No.46]. If Defendants cannot

demonstrate that diversity jurisdiction is proper, the conference will be adjourned and the case remanded to state court.

**SO ORDERED.**

**Date: April 3, 2020**
**New York, NY**

*(signed) Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**