UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA SALAZAR,

      Plaintiff,

-against-

DRBX HOLDINGS, LLC; SFC CEDAR, LLC; and TITANIUM INVESTIGATIVE SERVICES, INC.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2020

1:19-cv-4878-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  It having been reported to this Court by the parties [ECF No. 52] that this case has been settled, it is hereby,

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 5, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

  Accordingly, the conference currently scheduled for June 9, 2020 is adjourned *sine die*.

**SO ORDERED.**

Date: June 5, 2020
    New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**